DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 018P02-2 | State v. Cedric Terrell | 1. Def's *Pro Se* PWC to Review Order of COA (COAP11-715) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 024P12 | Dewey D. Mehaffey, Employee v. Burger King, Employer, Liberty Mutual Group, Carrier | 1. Plt's Motion for Temporary Stay (COA10-1421) | 1. Allowed **01/17/2012** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Plt's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 025P12 | State v. William Raymond Miller | Def's PDR Under N.C.G.S. § 7A-31 (COA11-431) | Denied |
| 028A12 | Jennifer Ray, Administratrix of the Estate of Mickela Nicholson; Linda Judge, Administratrix of the Estate of Marianne Dauscher; and Eileen and Roger Layaou, Co-Administrators of the Estate of Michael Layaou v. North Carolina Department of Transportation | 1. State's Motion to Strike | 1. Denied |
| | | 2. State's Motion in the Alternative for Leave to File a Reply Brief | 2. Allowed |
| 046PA12-2 | State v. Marva Denyse Gillis | Def's PWC to Review Order of COA (COAP11-1049) | Denied |
| 048P11-2 | State v. Brian Wendell Rhodes, Jr. | State's PDR Under N.C.G.S. § 7A-31 (COA11-1355) | Allowed **Jackson, J., Recused** |
| 057P12 | State v. Ronald Princegerald Cox | 1. State's Motion for Temporary Stay (COA11-609) | 1. Allowed **02/17/12;** Dissolved the Stay **06/13/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. See Special Order |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order |
| 058P12 | State v. Earl Wayne Flowers | Def's *Pro Se* Motion for PDR (COAP12-22) | Dismissed |